IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEWTERRA CORPORATION, INC., | |
| Plaintiffs, | **8:24CV90** |
| vs. | |
| THE WALLING COMPANY, LLC, | **ORDER TO SHOW CAUSE** |
| Defendants. | |

A third-party complaint was filed on May 13, 2024. Filing No. 7. Third-party Plaintiff The Walling Company, LLC filed a return of service indicating service on C6-Zero Iowa, LLC on May 20, 2024. Filing No. 14. No answer or other responsive pleading has been filed.

Plaintiffs have a duty to prosecute the case and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that third-party Plaintiff, The Walling Company, shall have until July 9, 2024 to show cause why the third-party complaint should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely

comply with this order may result in dismissal of this complaint without further notice.

Dated this 18th day of June, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge