IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEWTERRA CORPORATION, INC., Plaintiff, vs. THE WALLING COMPANY, LLC, Defendant. _____ THE WALLING COMPANY, LLC, Third-Party Plaintiff, vs. C-6 ZERO IOWA LLC, Third-Party Defendant. | 8:24CV90 **ORDER OF DISMISSAL** |

This matter is before the Court on Newterra Corporation and The Walling Company's joint stipulation for dismissal (Filing No. 26) and The Walling Company's motion to dismiss its third-party complaint against C-6 Zero Iowa (Filing No. 27). Having considered these matters, the Court will accept the joint stipulation and grant the motion to dismiss. Accordingly,

**IT IS ORDERED:**

1. Newterra Corporation's complaint (Filing No. 1) is dismissed with prejudice.
2. The Walling Company's third-party complaint (Filing No. 7) is dismissed without prejudice.
3. The parties shall bear their own attorney's fees and costs.

2

Dated this 28th day of October, 2024.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge